UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 03-CR-81095
HON. GEORGE CARAM STEEH

ARTHUR THOMPSON D-7,

    Defendant.
_____/

ORDER DENYING MOTION TO QUASH WARRANT (DOC. # 186)

    Defendant Arthur Thompson has filed a "motion to quash warrant/detainer," requesting that this court modify his term of supervised release.  However, Mr. Thompson's request is not appropriately filed in this court, for the reason that the matter was transferred to the United States District Court for the District of Arizona pursuant to 18 U.S.C. § 3605 in 2009 and this court no longer has jurisdiction over the case. Defendant's request is thus **DENIED AS MOOT**.

    IT IS SO ORDERED.

Dated:  February 6, 2014

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 5, 2014, by electronic and/or ordinary mail and also on Arthur Thompson, ADC #281977, ASPC Tucson Santa Rita, P. O. Box 24406, Tucson, AZ 85734.

s/Barbara Radke
Deputy Clerk